AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| BENJAMIN MARTINEZ-RIVERA | CASE NUMBER: 08CR2889-JM |
| T/N: Carlos Rivera Velasquez | |

I, BENJAMIN MARTINEZ-RIVERA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/28/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



FILED
AUG 28
CLERK, U
SOUTHERN D
BY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer